IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

ROBERT LEE SMITH,                              *

                                               *

                Plaintiff,             Case No. 3:24-CV-00104-CDL-CHW

v.                                             *

MIKE CLEVELAND, et al,                         *

                Defendants.            *

_____

**J U D G M E N T**

    Pursuant to this Court's Order dated April 20, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

    This 20th day of April, 2026.

                David W. Bunt, Clerk


                s/ Angelica E. Niccolai, Deputy Clerk